**856**

No. 887. OSAKA SHOSEN KAISHA v. OLIVIER STRAW GOODS CORP. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Crandall* for petitioner. *Messrs. Henry N. Longley* and *Ezra G. Benedict Fox* for respondent.

No. 891. DANA v. SEARIGHT ET AL. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. James M. Beck* and *Malcolm E. Rosser* for petitioner. *Messrs. Ed. J. Fleming, H. A. Tallman, Randolph Shirk, H. F. Aby,* and *W. F. Tucker* for respondents.

No. 893. CHICAGO, ROCK ISLAND & PACIFIC RY. CO. v. TROUT. May 25, 1931. Petition for writ of certiorari to the Court of Appeals of Kansas City, Missouri, denied. *Messrs. M. L. Bell, W. F. Dickinson, Luther Burns, Henry S. Conrad,* and *Lisbon E. Durham* for petitioner. *Mr. M. J. Henderson* for respondent.

No. 894. BANK OF UNITED STATES v. IRVING TRUST CO., TRUSTEE IN BANKRUPTCY. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David Haar* for petitioner. *Mr. Samuel Blumberg* for respondent.

No. 900. ALBERT PICK & CO. v. PEOPLES BANK OF BUFFALO ET AL. May 25, 1931. Petition for writ of certiorari to the County Court of Erie County, New York, denied. *Mr. Alfred M. Saperston* for petitioner. *Mr.*

*George W. Offutt* for respondents.

No. 903. ERIE RAILROAD CO. *v.* IRONS. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Clement K. Corbin* for petitioner. *Messrs. Thomas G. Haight* and *Charles Hershenstein* for respondent.

No. 908. STANDARD OIL CO. (N. J.) *v.* GLENDOLA STEAMSHIP CORP.; and

No. 909. GLENDOLA STEAMSHIP CORP. *v.* STANDARD OIL CO. (N. J.). May 25, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William H. McGrann* for Standard Oil Co. *Messrs. Horace M. Gray* and *Sanford H. E. Freund* for Glendola Steamship Corp.

No. 927. COMMERCIAL STEVEDORING COMPANY, INC., *v.* DOWDELL, ADMINISTRATRIX. May 25, 1931. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, denied. *Mr. Clarence E. Mellen* for petitioner. *Mr. Sol Gelb* for respondent.

No. 928. HAYNES, ADMINISTRATOR, *v.* UNION CARBIDE & CARBON CORP. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Conrad Wolf* and *Earl B. Barnes* for petitioner. *Messrs. Henry H. Hornbrook, George A. Cooke,* and *Paul Y. Davis* for respondent.